# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMILA HARKAVY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>GODIVA CHOCOLATIER, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00120-WHO<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

Having considered the Parties' Stipulation to Extend Time For Defendants to Respond to Plaintiff's Class Action Complaint, and pursuant to Civil Local Rule 6-2,

**IT IS HEREBY ORDERED THAT** the Stipulation is **GRANTED. Therefore:**

1. Defendant's Response to Plaintiff's Complaint shall be due on May 8, 2023;

2. All other scheduled Court events and deadlines shall be extended by forty-five (45) days.

**SO ORDERED**,

DATED: _March 22, 2023_____            _____
                                            THE HONORABLE WILLIAM H. ORRICK
                                            UNITED STATES DISTRICT JUDGE