**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILA HARKAVY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>GODIVA CHOCOLATIER, INC.,<br><br>                    Defendant. | CASE NO.: 3:23-cv-00120-WHO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Kamila Harkavy voluntarily dismisses her claims in this action with prejudice against Defendant.

Dated:  September 15, 2023          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorney for Plaintiff*